| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W43 | 206124 | 108100 | 1Y06 | 0000103865 | 1 |

Page 1(Con't Next Page)

# Earnings Statement



AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 02/15/2026
Period Ending: 02/21/2026
Pay Date: 02/27/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$20 Extra
      Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 32.17 | 764.04 | 4,877.29 |
| Flex/Pto | 23.7500 | 2.00 | 47.50 | 353.16 |
| Shift Pay | 2.8999 | 36.17 | 104.89 | 843.49 |
| Stnd Pto Pay | 23.7500 | 2.00 | 47.50 | 1,143.09 |
| Holiday Pay | | | | 427.50 |
| Nonwrkpaidtme | | | | 106.88 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| **Gross Pay** | | | **$963.93** | 7,994.46 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -81.51 | 653.68 |
| | Social Security Tax | -53.49 | 440.07 |
| | Medicare Tax | -12.51 | 102.92 |
| | PA State Income Tax | -26.46 | 217.64 |
| | Jessup Boro Income Tax | -8.62 | 70.89 |
| | Jessup Boro Local Svc Tax | -1.00 | 9.00 |
| | PA SUI Tax | -0.68 | 5.60 |
| | **Other** | | |
| | Accident Ins | -0.85 | 7.67 |
| | Anytime Pay Tkn | -523.35 | 4,536.65 |
| | Critic Illness | -2.01 | 18.19 |
| | Grp Legal Plan | -3.48 | 31.32 |
| | Pre-Tax Dental | -12.23* | 110.07 |
| | Pre-Tax Medical | -82.85* | 732.26 |
| | Pre-Tax Vision | -6.92* | 62.28 |
| | Slifcd | -0.46 | 4.14 |

| Other | this period | year to date |
|-------|-------------|--------------|
| Sup Hospital In | -1.79 | 14.32 |
| Supp Life Ins | -0.85 | 10.16 |
| 401K Loan | -18.90 | 170.10 |
| **Net Pay** | **$125.97** | |
| Checking Acct 1 | -125.97 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $861.93

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Flex/Pto Baln | 3.83 | |
| Groupterm Life | 0.90 | 8.10 |
| Stnd Balnce | 2.67 | |
| Tot Work Hours | 32.17 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** **00000103865**
Pay date: 02/27/2026

**Deposited to the account of**

**CRAIG ARSENICOS**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx7209 | xxxx xxxx | $125.97 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W43 | 206124 | 108100 | 1Y06 | 0000103865 | 1 |

Page 2

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement



Period Beginning: 02/15/2026
Period Ending: 02/21/2026
Pay Date: 02/27/2026

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$20 Extra
               Withholding

### Important Notes

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE     ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS COMP PAID.

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK     AND SELECT HELP > MY HR

**CONTINUED   FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

**NON-NEGOTIABLE**

THIS IS NOT A CHECK THIS IS NOT A CHECK THIS IS NOT A CHECK

© 2000 ADP, Inc.

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W43 | 206124 | 108100 | 1Y06 | 0000113392 | 1 |

Page 1(Con't Next Page)

# Earnings Statement



*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

| Period Beginning: | 02/22/2026 |
|---|---|
| Period Ending: | 02/28/2026 |
| Pay Date: | 03/06/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$20 Extra
    Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7500 | 24.00 | 570.00 | 5,447.29 |
| Shift Pay | 2.9000 | 26.00 | 75.40 | 918.89 |
| Stnd Pto Pay | 23.7500 | 2.00 | 47.50 | 1,190.59 |
| Flex/Pto | | | | 353.16 |
| Holiday Pay | | | | 427.50 |
| Nonwrkpaidtme | | | | 106.88 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| **Gross Pay** | | | **$692.90** | 8,687.36 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -48.99 | 702.67 |
| | Social Security Tax | | -36.69 | 476.76 |
| | Medicare Tax | | -8.58 | 111.50 |
| | PA State Income Tax | | -18.14 | 235.78 |
| | Jessup Boro Income Tax | | -5.91 | 76.80 |
| | Jessup Boro Local Svc Tax | | -1.00 | 10.00 |
| | PA SUI Tax | | -0.48 | 6.08 |
| | **Other** | | | |
| | Accident Ins | | -0.85 | 8.52 |
| | Anytime Pay Tkn | | -415.74 | 4,952.39 |
| | Critic Illness | | -2.01 | 20.20 |
| | Grp Legal Plan | | -3.48 | 34.80 |
| | Pre-Tax Dental | | -12.23* | 122.30 |
| | Pre-Tax Medical | | -82.85* | 815.11 |
| | Pre-Tax Vision | | -6.92* | 69.20 |
| | Slifcd | | -0.46 | 4.60 |

| Other | this period | year to date |
|---|---|---|
| Sup Hospital In | -1.79 | 16.11 |
| Supp Life Ins | -0.85 | 11.01 |
| 401K Loan | -18.90 | 189.00 |
| **Net Pay** | **$27.03** | |
| Checking Acct 1 | -27.03 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $590.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 5.23 | |
| Groupterm Life | 0.90 | 9.00 |
| Stnd Balnce | 2.33 | |
| Tot Work Hours | 24.00 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| **Advice number:** | **00000113392** |
|---|---|
| Pay date: | 03/06/2026 |

**Deposited to the account of**

| | account number | transit ABA | amount |
|---|---|---|---|
| **CRAIG ARSENICOS** | xxxxxx7209 | xxxx xxxx | $27.03 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W43 | 206124 | 108100 | 1Y06 | 0000113392 | 1 |

Page 2

# Earnings Statement



AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| | | |
|---|---|---|
| Period Beginning: | 02/22/2026 |
| Period Ending: | 02/28/2026 |
| Pay Date: | 03/06/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
　Federal: Standard Withholding Table,$20 Extra
　　　　Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

## Important Notes

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE　　ON CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL TIME,UNSCHEDULED WORK, USA PAID TIME REG,

WORKERS COMP PAID.

IF YOU HAVE PAY RELATED QUESTIONS, VISIT HTTPS://ATOZ.AMAZON.WORK AND SELECT HELP > MY HR

© 2000 ADP, Inc.

## CONTINUED FROM PRIOR PAGE
## YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK
THIS IS NOT A CHECK
THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W43 | 206124 | 108100 | 1Y06 | 0000123160 | 1 |

Page 1(Con't Next Page)

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement

Period Beginning: 03/01/2026
Period Ending: 03/07/2026
Pay Date: 03/13/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$20 Extra
      Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7500 | 18.08 | 429.40 | 5,876.69 |
| Shift Pay | 2.8999 | 18.08 | 52.43 | 971.32 |
| Flex/Pto | | | | 353.16 |
| Holiday Pay | | | | 427.50 |
| Nonwrkpaidtme | | | | 106.88 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| Stnd Pto Pay | | | | 1,190.59 |
| **Gross Pay** | | | **$481.83** | 9,169.19 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -27.02 | 729.69 |
| | Social Security Tax | -23.61 | 500.37 |
| | Medicare Tax | -5.52 | 117.02 |
| | PA State Income Tax | -11.66 | 247.44 |
| | Jessup Boro Income Tax | -3.80 | 80.60 |
| | Jessup Boro Local Svc Tax | -1.00 | 11.00 |
| | PA SUI Tax | -0.34 | 6.42 |
| | **Other** | | |
| | Accident Ins | -0.85 | 9.37 |
| | Anytime Pay Tkn | -255.37 | 5,207.76 |
| | Critic Illness | -2.01 | 22.21 |
| | Grp Legal Plan | -3.48 | 38.28 |
| | Pre-Tax Dental | -12.23* | 134.53 |
| | Pre-Tax Medical | -82.85* | 897.96 |
| | Pre-Tax Vision | -6.92* | 76.12 |
| | Slifcd | -0.46 | 5.06 |

| Other | this period | year to date |
|---|---|---|
| Sup Hospital In | -1.79 | 17.90 |
| Supp Life Ins | -0.85 | 11.86 |
| 401K Loan | -18.90 | 207.90 |
| **Net Pay** | **$23.17** | |
| Checking Acct 1 | -23.17 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $379.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 6.63 | |
| Groupterm Life | 0.90 | 9.90 |
| Stnd Balnce | 4.00 | |
| Tot Work Hours | 18.08 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** **00000123160**
Pay date: 03/13/2026

**Deposited to the account of**
**CRAIG ARSENICOS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx7209 | xxxx xxxx | $23.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| **W43** | 206124 | 108100 | 1Y06 | 0000123160 | 1 |

Page 2

# Earnings Statement



*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

| | |
|---|---|
| Period Beginning: | 03/01/2026 |
| Period Ending: | 03/07/2026 |
| Pay Date: | 03/13/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
　Federal: Standard Withholding Table,$20 Extra
　　Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

## Important Notes

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE　　ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED WORK, USA PAID TIME REG,

WORKERS COMP PAID.

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND SELECT HELP > MY HR

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK
THIS IS NOT A CHECK
THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W43 | 206124 | 108100 | 1Y06 | 0000132878 | 1 |

Page  1(Con't  Next  Page)

# Earnings Statement



*AMAZON.COM  SERVICES  LLC*
*ATTN:  AMAZON  PAYROLL*
*202  WESTLAKE  AVE  N*
*SEATTLE,  WA  98109*

| | |
|---|---|
| Period Beginning: | 03/08/2026 |
| Period Ending: | 03/14/2026 |
| Pay Date: | 03/20/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding  Table,$20  Extra
    Withholding

**CRAIG  ARSENICOS**
**445  CEMETERY  RD**
**MOSCOW  PA  18444**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Regular | 23.7500 | 34.17 | 811.54 | 6,688.23 |
| Flex/Pto | 23.7500 | 3.50 | 83.13 | 436.29 |
| Shift Pay | 2.8999 | 39.67 | 115.04 | 1,086.36 |
| Stnd Pto Pay | 23.7500 | 2.00 | 47.50 | 1,238.09 |
| Holiday Pay | | | | 427.50 |
| Nonwrkpaidtme | | | | 106.88 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| **Gross Pay** | | | **$1,057.21** | 10,226.40 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -92.71 | 822.40 |
| | Social Security Tax | -59.28 | 559.65 |
| | Medicare Tax | -13.87 | 130.89 |
| | PA State Income Tax | -29.32 | 276.76 |
| | Jessup Boro Income Tax | -9.55 | 90.15 |
| | Jessup Boro Local Svc Tax | -1.00 | 12.00 |
| | PA SUI Tax | -0.74 | 7.16 |
| | **Other** | | |
| | Accident Ins | -0.85 | 10.22 |
| | Anytime Pay Tkn | -496.89 | 5,704.65 |
| | Critic Illness | -2.01 | 24.22 |
| | Grp Legal Plan | -3.48 | 41.76 |
| | Pre-Tax  Dental | -12.23* | 146.76 |
| | Pre-Tax  Medical | -82.85* | 980.81 |
| | Pre-Tax  Vision | -6.92* | 83.04 |
| | Slifcd | -0.46 | 5.52 |

| Other | this  period | year  to  date |
|-------|--------------|----------------|
| Sup Hospital In | -1.79 | 19.69 |
| Supp Life Ins | -0.85 | 12.71 |
| 401K Loan | -18.90 | 226.80 |
| **Net Pay** | **$223.51** | |
| Checking Acct 1 | -223.51 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your  federal taxable wages this period are $955.21

| Other Benefits  and Information | this  period | total  to  date |
|---------------------------------|--------------|-----------------|
| Flex/Pto Baln | 4.53 | |
| Groupterm Life | 0.90 | 10.80 |
| Stnd Balnce | 3.67 | |
| Tot Work Hours | 34.17 | |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL  ADDR 410 TERRY  AVE NORTH  SEATTLE  WA 98109

REGULAR  HOURS  INCLUDE  THE FOLLOWING  CODES:
BOOT UP, DOWN TIME, COMPANY  BUSINESS,

© 2000  ADP,  Inc.

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
202 WESTLAKE  AVE N
SEATTLE, WA 98109

| | |
|---|---|
| **Advice number:** | **00000132878** |
| Pay date: | 03/20/2026 |

**THIS IS NOT A CHECK**

| Deposited  to the account  of | account  number | transit  ABA | amount |
|-------------------------------|-----------------|--------------|--------|
| **CRAIG  ARSENICOS** | xxxxxx7209 | xxxx  xxxx | $223.51 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| W43 | 206124 | 108100 | 1Y06 | 0000132878 | 1 |

# Earnings Statement



Page   2

*AMAZON.COM   SERVICES   LLC*
*ATTN:  AMAZON   PAYROLL*
*202  WESTLAKE   AVE  N*
*SEATTLE,   WA  98109*

| | | |
|--|--|--|
| Period Beginning: | 03/08/2026 |
| Period Ending: | 03/14/2026 |
| Pay Date: | 03/20/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding   Table,$20  Extra
       Withholding

**CRAIG  ARSENICOS**
**445  CEMETERY  RD**
**MOSCOW  PA  18444**

## Important  Notes

NEW HIRE ORIENTATION,   OFF SITE WORK, ONSITE      ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL, TRAVEL
TIME,UNSCHEDULED    WORK, USA PAID TIME REG,

WORKERS  COMP PAID.

IF YOU HAVE PAY RELATED  QUESTIONS,  VISIT
HTTPS://ATOZ.AMAZON.WORK     AND SELECT  HELP > MY HR

© 2000  ADP,  Inc.

# CONTINUED   FROM  PRIOR  PAGE
# YOUR  VOUCHER   IS PROVIDED   ON PAGE 1

THIS IS NOT A CHECK
THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W43 | 206124 | 108100 | 1Y06 | 0000142647 | 1 |

Page   1(Con't  Next  Page)

# Earnings  Statement



*AMAZON.COM  SERVICES  LLC*
*ATTN:  AMAZON  PAYROLL*
*202  WESTLAKE  AVE  N*
*SEATTLE,  WA  98109*

Period Beginning:  03/15/2026
Period Ending:  03/21/2026
Pay Date:  03/27/2026

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding  Table,$20  Extra
    Withholding

**CRAIG  ARSENICOS**
**445  CEMETERY  RD**
**MOSCOW  PA  18444**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.7500 | 34.08 | 809.40 | 7,497.63 |
| Shift Pay | 2.8999 | 34.08 | 98.83 | 1,185.19 |
| Flex/Pto | | | | 436.29 |
| Holiday Pay | | | | 427.50 |
| Nonwrkpaidtme | | | | 106.88 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| Stnd Pto Pay | | | | 1,238.09 |
| **Gross Pay** | | | **$908.23** | 11,134.63 |

| Other | this period | year to date |
|---|---|---|
| Sup Hospital In | -1.79 | 21.48 |
| Supp Life Ins | -0.85 | 13.56 |
| 401K Loan | -18.90 | 245.70 |
| **Net Pay** | **$34.70** | |
| Checking Acct 1 | -34.70 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your  federal  taxable  wages this  period  are $806.23

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -74.83 | 897.23 |
| | Social Security Tax | -50.04 | 609.69 |
| | Medicare Tax | -11.70 | 142.59 |
| | PA State Income Tax | -24.75 | 301.51 |
| | Jessup Boro Income Tax | -8.06 | 98.21 |
| | Jessup Boro Local Svc Tax | -1.00 | 13.00 |
| | PA SUI Tax | -0.63 | 7.79 |
| | **Other** | | |
| | Accident Ins | -0.85 | 11.07 |
| | Anytime Pay Tkn | -572.18 | 6,276.83 |
| | Critic Illness | -2.01 | 26.23 |
| | Grp Legal Plan | -3.48 | 45.24 |
| | Pre-Tax Dental | -12.23* | 158.99 |
| | Pre-Tax Medical | -82.85* | 1,063.66 |
| | Pre-Tax Vision | -6.92* | 89.96 |
| | Slifcd | -0.46 | 5.98 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Flex/Pto Baln | 5.93 | |
| Groupterm Life | 0.90 | 11.70 |
| Stnd Balnce | 5.33 | |
| Tot Work Hours | 34.08 | |

**Important Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 888-892-7180

BASIS  OF  PAY:  HOURLY

LEGAL  ADDR  410  TERRY  AVE  NORTH  SEATTLE  WA  98109

REGULAR  HOURS  INCLUDE  THE  FOLLOWING  CODES:
BOOT  UP,  DOWN  TIME,  COMPANY  BUSINESS,

© 2000  ADP,  Inc.

AMAZON.COM  SERVICES  LLC
ATTN: AMAZON  PAYROLL
202  WESTLAKE  AVE  N
SEATTLE,  WA  98109

**Advice number:**  **00000142647**
Pay  date:  03/27/2026

**Deposited  to the account  of**
**CRAIG  ARSENICOS**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx7209 | xxxx  xxxx | $34.70 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| **W43** | 206124 | 108100 | 1Y06 | 0000142647 | 1 |

Page    2

# Earnings Statement



*AMAZON.COM   SERVICES   LLC*
*ATTN:  AMAZON   PAYROLL*
*202  WESTLAKE   AVE  N*
*SEATTLE,   WA  98109*

| | |
|---|---|
| Period Beginning: | 03/15/2026 |
| Period Ending: | 03/21/2026 |
| Pay Date: | 03/27/2026 |

**CRAIG  ARSENICOS**
**445  CEMETERY  RD**
**MOSCOW  PA  18444**

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding   Table,$20  Extra
              Withholding

## Important  Notes

NEW HIRE ORIENTATION,   OFF SITE WORK, ONSITE      ON
CALL,  OUTAGE  PAID,  OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL,  TRAVEL
TIME,UNSCHEDULED    WORK,  USA PAID TIME REG,

WORKERS   COMP PAID.

IF YOU  HAVE PAY RELATED  QUESTIONS,  VISIT
HTTPS://ATOZ.AMAZON.WORK     AND SELECT  HELP > MY HR

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER   IS PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W43 | 206124 | 108100 | 1Y06 | 0000152490 | 1 |

Page 1(Con't Next Page)

# Earnings Statement



*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

Period Beginning: 03/22/2026
Period Ending: 03/28/2026
Pay Date: 04/03/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$20 Extra
      Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 34.08 | 809.40 | 8,307.03 |
| Nonwrkpaidtme | 23.7500 | .50 | 11.88 | 118.76 |
| Shift Pay | 2.8999 | 34.58 | 100.28 | 1,285.47 |
| Anytime Pay | | | | -511.68 |
| Flex/Pto | | | | 436.29 |
| Holiday Pay | | | | 427.50 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| Stnd Pto Pay | | | | 1,238.09 |
| **Gross Pay** | | | **$921.56** | 11,544.51 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -76.43 | 929.02 |
| | Social Security Tax | -50.87 | 628.84 |
| | Medicare Tax | -11.90 | 147.07 |
| | PA State Income Tax | -25.16 | 311.67 |
| | Jessup Boro Income Tax | -8.20 | 101.79 |
| | Jessup Boro Local Svc Tax | -1.00 | 14.00 |
| | PA SUI Tax | -0.65 | 8.08 |
| | **Other** | | |
| | Accident Ins | -0.85 | 11.92 |
| | Anytime Pay Tkn | -580.58 | 6,857.41 |
| | Critic Illness | -2.01 | 28.24 |
| | Grp Legal Plan | -3.48 | 48.72 |
| | Pre-Tax Dental | -12.23* | 171.22 |
| | Pre-Tax Medical | -82.85* | 1,146.51 |
| | Pre-Tax Vision | -6.92* | 96.88 |

| Other | this period | year to date |
|-------|-------------|--------------|
| Slifcd | -0.46 | 6.44 |
| Sup Hospital In | -1.79 | 23.27 |
| Supp Life Ins | -0.85 | 14.41 |
| 401K Loan | -18.90 | 264.60 |
| **Net Pay** | **$36.43** | |
| Checking Acct 1 | -36.43 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $819.56

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Flex/Pto Baln | 7.33 | |
| Groupterm Life | 0.90 | 12.60 |
| Stnd Balnce | 7.00 | |
| Tot Work Hours | 34.08 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** **00000152490**
Pay date: 04/03/2026

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **CRAIG ARSENICOS** | xxxxxx7209 | xxxx xxxx | $36.43 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| **W43** | 206124 | 108100 | 1Y06 | 0000152490 | 1 |

Page    2



# Earnings  Statement

*AMAZON.COM  SERVICES  LLC*
*ATTN:  AMAZON  PAYROLL*
*202  WESTLAKE  AVE  N*
*SEATTLE,  WA  98109*

| | |
|---|---|
| Period  Beginning: | 03/22/2026 |
| Period  Ending: | 03/28/2026 |
| Pay  Date: | 04/03/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
　Federal: Standard  Withholding   Table,$20  Extra
　　　Withholding

**CRAIG  ARSENICOS**
**445  CEMETERY  RD**
**MOSCOW  PA  18444**

## Important  Notes

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE     ON
CALL, OUTAGE  PAID, OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL, TRAVEL
TIME,UNSCHEDULED    WORK,  USA PAID TIME REG,

WORKERS  COMP PAID.

IF YOU  HAVE  PAY RELATED  QUESTIONS,  VISIT
HTTPS://ATOZ.AMAZON.WORK     AND SELECT  HELP > MY HR

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER   IS PROVIDED   ON  PAGE  1**



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| W43 | 206124 | 108100 | 1Y06 | 0000162298 | 1 |

Page 1(Con't Next Page)

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement

**ADP**

Period Beginning: 03/29/2026
Period Ending: 04/04/2026
Pay Date: 04/10/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$20 Extra Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 24.00 | 570.00 | 8,877.03 |
| Shift Pay | 2.9000 | 24.00 | 69.60 | 1,355.07 |
| Anytime Pay | | | | -511.68 |
| Flex/Pto | | | | 436.29 |
| Holiday Pay | | | | 427.50 |
| Nonwrkpaidtme | | | | 118.76 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| Stnd Pto Pay | | | | 1,238.09 |
| **Gross Pay** | | | **$639.60** | 12,184.11 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -42.80 | 971.82 |
| | Social Security Tax | -33.38 | 662.22 |
| | Medicare Tax | -7.80 | 154.87 |
| | PA State Income Tax | -16.50 | 328.17 |
| | Jessup Boro Income Tax | -5.38 | 107.17 |
| | Jessup Boro Local Svc Tax | -1.00 | 15.00 |
| | PA SUI Tax | -0.45 | 8.53 |
| | **Other** | | |
| | Accident Ins | -0.85 | 12.77 |
| | Anytime Pay Tkn | -364.58 | 7,221.99 |
| | Critic Illness | -2.01 | 30.25 |
| | Grp Legal Plan | -3.48 | 52.20 |
| | Pre-Tax Dental | -12.23* | 183.45 |
| | Pre-Tax Medical | -82.85* | 1,229.36 |
| | Pre-Tax Vision | -6.92* | 103.80 |

| Other | this period | year to date |
|-------|-------------|--------------|
| Slifcd | -0.46 | 6.90 |
| Sup Hospital In | -1.79 | 25.06 |
| Supp Life Ins | -0.85 | 15.26 |
| 401K Loan | -18.90 | 283.50 |
| **Net Pay** | **$37.37** | |
| Checking Acct 1 | -37.37 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $537.60

| Other Benefits and Information | this period | total to date |
|---------------------------------|-------------|---------------|
| Flex/Pto Baln | 8.73 | |
| Groupterm Life | 0.90 | 13.50 |
| Stnd Balnce | 8.67 | |
| Tot Work Hours | 24.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:** **00000162298**
Pay date: 04/10/2026

**Deposited to the account of**
**CRAIG ARSENICOS**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx7209 | xxxx xxxx | $37.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W43 | 206124 | 108100 | 1Y06 | 0000162298 | 1 |

Page 2

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 03/29/2026 |
| Period Ending: | 04/04/2026 |
| Pay Date: | 04/10/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table,$20 Extra
        Withholding

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

## Important Notes

NEW HIRE ORIENTATION, OFF SITE WORK, ONSITE    ON
CALL, OUTAGE PAID, OUTAGE TIME,

REGULAR HOURS WORKED, REMOTE ON CALL, TRAVEL
TIME,UNSCHEDULED   WORK, USA PAID TIME REG,

WORKERS COMP PAID.

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK    AND SELECT HELP > MY HR

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1


THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| W43 | 206124 | 108100 | 1Y06 | 0000172128 | 1 |

Page 1(Con't Next Page)

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

# Earnings Statement



Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$20 Extra
    Withholding

| | | |
|--|--|--|
| Period Beginning: | 04/05/2026 |
| Period Ending: | 04/11/2026 |
| Pay Date: | 04/17/2026 |

**CRAIG ARSENICOS**
**445 CEMETERY RD**
**MOSCOW PA 18444**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.7500 | 32.17 | 764.04 | 9,641.07 |
| Shift Pay | 2.8999 | 34.17 | 99.09 | 1,454.16 |
| Stnd Pto Pay | 23.7500 | 2.00 | 47.50 | 1,285.59 |
| Anytime Pay | | | | -511.68 |
| Flex/Pto | | | | 436.29 |
| Holiday Pay | | | | 427.50 |
| Nonwrkpaidtme | | | | 118.76 |
| Prem Holiday | | | | 216.60 |
| Shft Hol @O/T | | | | 26.45 |
| **Gross Pay** | | | **$910.63** | 13,094.74 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -75.12 | 1,046.94 |
| | Social Security Tax | -50.19 | 712.41 |
| | Medicare Tax | -11.74 | 166.61 |
| | PA State Income Tax | -24.82 | 352.99 |
| | Jessup Boro Income Tax | -8.09 | 115.26 |
| | Jessup Boro Local Svc Tax | -1.00 | 16.00 |
| | PA SUI Tax | -0.64 | 9.17 |
| | **Other** | | |
| | Accident Ins | -0.85 | 13.62 |
| | Anytime Pay Tkn | -499.53 | 7,721.52 |
| | Critic Illness | -2.01 | 32.26 |
| | Grp Legal Plan | -3.48 | 55.68 |
| | Pre-Tax Dental | -12.23* | 195.68 |
| | Pre-Tax Medical | -82.85* | 1,312.21 |
| | Pre-Tax Vision | -6.92* | 110.72 |

| Other | this period | year to date |
|-------|-------------|--------------|
| Slifcd | -0.46 | 7.36 |
| Sup Hospital In | -1.79 | 26.85 |
| Supp Life Ins | -0.85 | 16.11 |
| 401K Loan | -18.90 | 302.40 |
| **Net Pay** | **$109.16** | |
| Checking Acct 1 | -109.16 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
 Your federal taxable wages this period are $808.63

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Flex/Pto Baln | 10.13 | |
| Groupterm Life | 0.90 | 14.40 |
| Stnd Balnce | 8.33 | |
| Tot Work Hours | 32.17 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

REGULAR HOURS INCLUDE THE FOLLOWING CODES:
BOOT UP, DOWN TIME, COMPANY BUSINESS,

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| | |
|--|--|
| **Advice number:** | **00000172128** |
| Pay date: | 04/17/2026 |

~~THIS IS NOT A CHECK~~

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **CRAIG ARSENICOS** | xxxxxx7209 | xxxx xxxx | $109.16 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| **W43** | 206124 | 108100 | 1Y06 | 0000172128 | 1 |

Page    2

# Earnings Statement



AMAZON.COM   SERVICES   LLC
ATTN:  AMAZON   PAYROLL
202  WESTLAKE   AVE  N
SEATTLE,   WA  98109

| | |
|---|---|
| Period Beginning: | 04/05/2026 |
| Period Ending: | 04/11/2026 |
| Pay Date: | 04/17/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
    Federal: Standard Withholding  Table,$20  Extra
                Withholding

**CRAIG  ARSENICOS**
**445  CEMETERY  RD**
**MOSCOW  PA  18444**

## Important  Notes

NEW HIRE ORIENTATION,  OFF SITE WORK, ONSITE      ON
CALL, OUTAGE  PAID,  OUTAGE  TIME,

REGULAR  HOURS  WORKED,  REMOTE  ON CALL, TRAVEL
TIME,UNSCHEDULED    WORK,  USA PAID  TIME  REG,

WORKERS   COMP  PAID.

IF YOU  HAVE  PAY RELATED  QUESTIONS,   VISIT
HTTPS://ATOZ.AMAZON.WORK     AND  SELECT  HELP  >  MY HR

© 2000  ADP,  Inc.

**CONTINUED   FROM  PRIOR  PAGE**
**YOUR  VOUCHER   IS PROVIDED   ON  PAGE  1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**