In re:                                                                                          Case No. 26-01108-MJC

Craig Thomas Arsenicos                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: admin                                             Page 1 of 2

Date Rcvd: Jul 24, 2026                              Form ID: 318                                        Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig Thomas Arsenicos, 445 Cemetery Rd, Moscow, PA 18444-6057 |
| 5797467 | + | Amazon 401(k) plan, 440 Terry Ave N, Seattle, WA 98109-5210 |
| 5797472 | + | Christine Arsenicos Mullins, 470 Neville Rd, Moscow, PA 18444-9017 |
| 5797479 | #+ | Lewis C. Trauffer, Esq, Scott & Associates PC, 41 Byberry Rd, Suite 9, Hatboro, PA 19040-3210 |
| 5797480 | | Moscow Fire and Hose Company, Attn: Bankruptcy, 601 Dresher Rd Ste 301, Horsham, PA 19044-2238 |
| 5797482 | + | Paul Klemm, Rubin & Rothman, LLC, 1787 Veterans Hwy, Suite 32 PO Box 9003, Islandia, NY 11749-9003 |
| 5797484 | + | Sharkeys Fuel, 2423 Easton Turnpike, Waymart, PA 18472-4531 |
| 5797485 | + | Spall Rydzewski Anderson Lalley & Krajko, 2573 Route 6, Hawley, PA 18428-7031 |
| 5797486 | + | Talkspace, PO Box 659, Portsmouth, NH 03802-0659 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jul 24 2026 22:41:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: AISACG.COM | Jul 24 2026 22:41:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5804791 | | EDI: PHINAMERI.COM | Jul 24 2026 22:41:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5797468 | | EDI: BANKAMER | Jul 24 2026 22:41:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5797469 | | EDI: BANKAMER | Jul 24 2026 22:41:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5797470 | | Email/Text: rm-bknotices@bridgecrest.com | Jul 24 2026 18:45:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5798111 | + | EDI: AISACG.COM | Jul 24 2026 22:41:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5797471 | | EDI: JPMORGANCHASE | Jul 24 2026 22:41:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5797474 | | EDI: CITICORP | Jul 24 2026 22:41:00 | Citicards CBNA, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5797473 | | EDI: CITICORP | Jul 24 2026 22:41:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5797475 | | EDI: DISCOVER | Jul 24 2026 22:41:00 | Discover, Attn: Bankruptcy, PO Box 30954, Salt |

| | | | | Lake City, UT 84130-0954 |
|---|---|---|---|---|
| 5797476 | + Email/Text: emails@easternrevenue.com | | Jul 24 2026 18:45:00 | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 5797477 | Email/Text: Bankruptcy@Freedommortgage.com | | Jul 24 2026 18:45:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 951 W Yamato Rd Ste 175, Boca Raton, FL 33431-4444 |
| 5797478 | EDI: PHINAMERI.COM | | Jul 24 2026 22:41:00 | GM Financial, Attn: Bankruptcy, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 5797481 | ^ MEBN | | Jul 24 2026 18:42:45 | Northstar Location Services, LLC, Attention: Financial Services Dept., 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 5797483 | ^ MEBN | | Jul 24 2026 18:43:00 | PPL Electric, 827 Hausman Road, Allentown, PA 18104-9392 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Craig Thomas Arsenicos usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Craig Thomas Arsenicos | Social Security number or ITIN   xxx–xx–4252 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:26–bk–01108–MJC | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Craig Thomas Arsenicos
aka Craig T Arsenicos, aka Craig Arsenicos, aka
Thomas Arsenicos

**By the court:**

7/24/26

Mark J. Conway, United States
Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**